1  MELINDA HAAG (CA 132612)
   United States Attorney
2
3  MIRANDA KANE (CA 150630)
   Chief, Criminal Division
4
   ROBERT K. PRUITT (KY 93232)
5  Special Assistant United States Attorney

6      Defense Language Institute – Criminal Law
       1336 Plummer Street, Building 275
7      Monterey, CA  93944
       Telephone: (831) 242-6394
8      Email: robert.k.pruitt.mil@mail.mil

9  Attorneys for Plaintiff

**FILED**

AUG 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                          SALINAS DIVISION

13  UNITED STATES OF AMERICA,         )  CR-07-00202-HRL
                                      )
14         Plaintiff,                 )  MOTION AND [PROPOSED]
                                      )  ORDER TO DISMISS INFORMATION and
15     vs.                            )  WITHDRAW BENCH WARRANT
                                      )
16  TRICIA DENISE THOLEN,             )
                                      )
17         Defendant.                 )
                                      )
18  _____)

19     1. The United States moves that the Information filed in the above captioned matter on April
20  9, 2007 be dismissed.
21     2. The United States further requests that the bench warrant issued in this matter be
22  withdrawn.
23     3. The United States makes this motion in the interests of justice.
24  ///
25  ///
26  ///

MOTION AND [PROPOSED] ORDER                1
TO DISMISS INFORMATION: CR-07-00202 HRL

MELINDA HAAG
United States Attorney


_____/S/_____
ROBERT K. PRUITT
Special Assistant United States Attorney

### ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the bench warrant for Tricia Denise Tholen be withdrawn and the Information in the above entitled matter is dismissed without prejudice.

Dated: _____8-20_____ 2013    /s/ Paul S. Grewal
PAUL S. GREWAL
United States Magistrate Judge